NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PHILIP A. PENSTON,                              )
                                                )
          Appellant,                            )
                                                )
v.                                              )          Case No. 2D17-4114
                                                )
JANICE PENSTON,                                 )
                                                )
          Appellee.                             )
                                                )
_____ )

Opinion filed May 23, 2018.

Appeal from the Circuit Court for Pinellas
County; Susan St. John, Judge.

Ingrid Anderson, Clearwater, for
Appellant.

Joy-Ann Demas of Steven J. Glaros &
Associates, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


KELLY, MORRIS, and LUCAS, JJ., Concur.